ORIGINAL

ANDRE BIROTTE JR.
United States Attorney
SHARON K. McCASLIN SBN 71864
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6874
Facsimile: (213) 534-4300
E-Mail:sharon.mccaslin@usdoj.gov

LODGED

2011 SEP 19 PM 3:52

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. See Attached Defendant. | CVB Nos. See Attached  [PROPOSED] ORDER FOR DISMISSAL OF CVB VIOLATION(S) |
|---|---|

Plaintiff, The United States of America, by and through its counsel of record, Assistant United States Attorney Sharon K. McCaslin, hereby requests the dismissal of the above referenced CVB violation(s) issued against the above named defendant and that any pending hearings be taken off calendar, bond, if any, be exonerated, and any warrants be recalled.

Presented by:

_Sharon McCaslin_
SHARON K. McCASLIN
Assistant United States Attorney

IT IS ORDERED THAT the request for dismissal is granted and the action is dismissed, any pending hearings are taken off calendar, bond, if any is exonerated, and any warrants be recalled.

_9/20/11_
Date

_[signature]_
HONORABLE OSWALD PARADA
United States Magistrate Judge

| Date | Case Number | Case Title | Last Name | First Name |
|---|---|---|---|---|
| 12/15/1994 | 2:94-mj-08142-UA | USA v. Barnes | Barnes | Johnny |
| 12/15/1994 | 2:94-mj-08143-UA | USA v. Castro | Castro | Norman |
| 2/15/1994 | 2:94-mj-08144-UA | USA v. Cooke | Cooke | Benoise |
| 12/15/1994 | 2:94-mj-08145-UA | USA v. Cooke | Cooke | Benoise |
| 12/15/1994 | 2:94-mj-08149-UA | USA v. Gear | Gear | Gary |
| 12/15/1994 | 2:94-mj-08152-UA | USA v. Lungren | Lungren | Jasen |
| 12/15/1994 | 2:94-mj-08154-UA | USA v. Owens | Owens | Rachel |
| 12/15/1994 | 2:94-mj-08157-UA | USA v. Santa Cruz | Santa Cruz | Serena |
| 12/15/1994 | 2:94-mj-08161-UA | USA v. Washington | Washington | Angelina |
| 12/15/1994 | 2:94-mj-08162-UA | USA v. Zurcher | Zurcher | Philip |
| 11/21/1994 | 2:94-mj-08201-UA | USA v. Banvelos | Banvelos | Maria |
| 11/21/1994 | 2:94-mj-08203-UA | USA v. Bryant | Bryant | Melissa |
| 11/21/1994 | 2:94-mj-08204-UA | USA v. Contreras | Contreras | Gilbert |
| 11/21/1994 | 2:94-mj-08206-UA | USA v. Leonel | Leonel | Edgar |
| 11/21/1994 | 2:94-mj-08207-UA | USA v. Leonel | Leonel | Edgar |
| 11/21/1994 | 2:94-mj-08210-UA | USA v. Wilkanoski | Wilkanoski | David |
| 11/21/1994 | 2:94-mj-08213-UA | USA v. Pinto | Pinto | Juan |
| 6/10/1994 | 2:94-mj-11901-UA | USA vs Montoya-Guerrer | Montoya-Guerre | Fidel |
| 7/10/1995 | 2:95-mj-03314-GLM | USA v. Murray | Murray | George |
| 1/12/1995 | 2:95-mj-03700-UA | USA vs Esidada | Esidada | Alejandro |
| 1/12/1995 | 2:95-mj-03701 | USA vs Fisher | Fisher | Ronald |
| 1/12/1995 | 2:95-mj-03703 | USA vs Guy | Guy | Lena |
| 1/12/1995 | 2:95-mj-03704-UA | USA v Jackson | Jackson | Billy |
| 1/12/1995 | 2:95-mj-03707-UA | USA v Pettiford | Pettiford | Joi |
| 1/12/1995 | 2:95-mj-03709-UA | USA v Terziyski | Terziyski | Vladimir |
| 1/12/1995 | 2:95-mj-03710-UA | USA vs Thomas | Thomas | Nichole |
| 2/17/1995 | 2:95-mj-03712-UA | USA v Hepburn | Hepburn | Michael |
| 2/17/1995 | 2:95-mj-03713-UA | USA vs Laurence | Laurence | James |
| 2/17/1995 | 2:95-mj-03715-UA | USA vs Moreno | Moreno | Eduardo |
| 4/6/1995 | 2:95-mj-03718-UA | USA vs Katz | Katz | Ivan |
| 2/16/1995 | 2:95-mj-03719-UA | USA vs Chapman | Chapman | Donald |
| 6/29/1995 | 2:95-mj-03723-UA | USA v. Melendez | Melendez | Ramon |
| 6/29/1995 | 2:95-mj-03724-UA | USA v. Odoms | Odoms | Ethon |
| 9/6/1995 | 2:95-mj-03731-UA | USA v. Craddick | Craddick | Donald |
| 9/6/1995 | 2:95-mj-03732-UA | USA vs Alvarenga | Alvarenga | Marta |
| 9/6/1995 | 2:95-mj-03734-UA | USA vs Jackson | Jackson | Lionel |
| 9/6/1995 | 2:95-mj-03736-UA | USA vs Bell | Bell | Willard |
| 12/7/1995 | 2:95-mj-03757-UA | USA v. Hope | Hope | Eric |
| 6/16/1995 | 2:95-mj-03931-UA | USA vs Cladek | Cladek | Linda |
| 6/16/1995 | 2:95-mj-03932-UA | USA v. Franklin | Franklin | William |
| 4/19/1995 | 2:95-mj-03937-UA | USA vs Lenzi | Lenzi | Lawrence |